UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

LEON BULLOCKS, JR.,

    Plaintiff,

v.

DANIEL BROOKS, *et al.*,

    Defendants.

CASE NO.: 2:14-CV-01950-RCJ-PAL

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #2) entered on February 6, 2015, in which the Magistrate Judge recommends the Court dismiss this action with prejudice for Plaintiff's failure to state a claim upon which relief can be granted. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #2).

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. The Clerk of the Court shall close this case.

IT IS SO ORDERED this 31st day of March, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE